■ MAUREEN P. McINTYRE, Appellant, v GANDOLPHO AL-BERTI et al., Respondents. (Action No. 1.) DEBRA ALBERTI, Appellant, v MAUREEN P. McINTYRE et al., Respondents. (Action No. 2.) (And a Third-Party Action.) [644 NYS2d 1014] —Appeal by Maureen P. McIntyre the plaintiff in Action No. 1 and Debra Alberti the plaintiff in Action No. 2 from stated portions of an order of the Supreme Court, Nassau County (O'Brien, J.), entered July 21, 1995.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice O'Brien at the Supreme Court. Thompson, J. P., Joy, Krausman and Florio, JJ., concur.